IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROSELINE CHARLES, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:14-CV-3398-RWS |
| CHRISTIANA TRUST, et al., | : | |
| Defendants. | : | |

**ORDER**

This case is before the Court for consideration of the Report and Recommendation [Doc. No. 15] of Magistrate Judge Russell G. Vineyard. After reviewing the record, the Report and Recommendation, and the objections filed thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court.

Accordingly, Defendants' Motion to Dismiss [Doc. No. 11] is GRANTED IN PART and DENIED IN PART.  Specifically, the Motion to Dismiss [Doc. No. 11] is GRANTED as to Plaintiff's claims for declaratory relief and quiet title pursuant to O.C.G.A. § 23-3-60 *et seq.*; those claims are DISMISSED WITHOUT PREJUDICE. The Motion to Dismiss [Doc. No. 11] is DENIED as to plaintiff's quiet title claim under O.C.G.A. § 23-3-40.  Plaintiff shall have fourteen (14) days

AO 72A
(Rev.8/82)

to file an amended complaint which includes a more definite statement of her FDCPA claims.  In particular, Plaintiff shall separately list each distinct claim under the FDCPA in a separate count and specifically identify the factual allegations supporting each count against each particular defendant.  Moreover, in being ordered to replead under Rule 12(e), Plaintiff is not being granted leave to amend her complaint under Federal Rule of Civil Procedure 15(a)(2).  Thus, she shall not use this as an opportunity to add new claims and/or parties which are not apparent from the allegations in her Complaint.  <u>Betts v. Conecuh Cnty. Bd. of Educ.</u>, Civil Action No. 130356CGN, 2014 WL 7411670, at *13 (S.D. Ala. Dec. 30, 2014) (citation omitted).  Plaintiff is advised that failure to obey the Court's Order by filing an amended complaint within 14 days of this Order may result in dismissal of this action for failure to prosecute and for failure to comply with the Federal Rules of Civil Procedure and the Order of this Court.  <u>See</u> Fed. R. Civ. P. 12(e), 41(b).

      **SO ORDERED**, this 18th day of June, 2015.

      */s/ Richard W. Story*
      _____
      **RICHARD W. STORY**
      United States District Judge