FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 0 6 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROSELINE CHARLES,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CHRISTIANA TRUST, A DIVISION<br>OF WILMINGTON SAVINGS FUND<br>SOCIETY, FSB, AS TRUSTEE FOR<br>STANWICH MORTGAGE LOAN TRUST,<br>SERIES 2013-7 and CARRINGTON<br>MORTGAGE SERVICES, LLC,<br>RUSHMORE LOAN MANAGEMENT<br>SERVICES, LLC, and McCalla Raymer,<br>LLC.,<br><br>                    Defendants, | )<br><br>)<br><br>)<br><br>)<br><br><br>)<br><br><br><br>)<br><br>) | Civil Action File No.<br>1:14-CV-3398 RWS RGB |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u><br><u>WITHOUT PREJUDICE</u>

Plaintiff hereby takes a voluntary dismissal of her Complaint as amended

pursuant to Rule 41and that such dismissal is without prejudice.

This 3rd day of July, 2015.

By: _____
    Roseline Charles

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned has this day served a copy of the foregoing and attached **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE]**, on all parties hereto by United States Mail in the manner prescribed by law.

This 3rd day of July, 2015.

By:_____

Roseline Charles
944 Acorn Lane
Dacula, Georgia 30019
(404) 437-1805

Served:
Jimmy Thomas Howell, Jr.
McCalla Raymer, LLC -GA
900 Holcomb Woods Parkway
Roswell, GA 30076
678-281-3959
jth@mccallaraymer.com

Gregory Scott Krivo
McCalla Raymer, LLC -GA
900 Holcomb Woods Parkway
Roswell, GA 30076
678-281-6508
866-890-8859 (fax)
gsk@mccallaraymer.com

Kimberly Anne Wright
McCalla Raymer, LLC -GA
900 Holcomb Woods Parkway
Roswell, GA 30076
678-281-6492

866-563-0633 (fax)
kw7@mccallaraymer.com