FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 06 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROSELINE CHARLES,<br>　　　　Plaintiff,<br>vs.<br><br>CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST, SERIES 2013-7 and CARRINGTON MORTGAGE SERVICES, LLC, RUSHMORE LOAN MANAGEMENT SERVICES, LLC, and McCalla Raymer, LLC.,<br>　　　　Defendants, | Civil Action File No.<br>1:14-CV-3398 RWS RGB |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Plaintiff hereby takes a voluntary dismissal of her Complaint as amended pursuant to Rule 41 and that such dismissal is without prejudice.

This 3rd day of July, 2015.

By: _____
　　Roseline Charles

APPROVED this ___ day of July, 2015.

_____
U.S. District Judge
RICHARD W. STORY